Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.

No. 66831.—Frank P. Dow Co., Inc., of L.A. et al. *v.* United States, protests 274611–K, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiffs was sustained.

No. 66832.—Norman G. Jensen, Inc. *v.* United States, protests 60/4880, 60/4881, and 60/7517 (Duluth).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 66833.—Norman G. Jensen, Inc. *v.* United States, protests 60/7344, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.

No. 66834.—Hosoda Bros. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 257500–K, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.